1110

No. 85–1495.  PECIC v. UNITED STATES; and

No. 85–1502.  MURPHY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 778 F. 2d 963.

No. 85–1507.  GALLO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–1508.  WEINSTEIN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–5729.  HOWELL v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 85–5858.  COOPER v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 85–5920.  POOL v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 85–6035.  FOX v. CITY OF DES MOINES.  Sup. Ct. Iowa. Certiorari denied.

No. 85–6083.  LUCK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–6127.  ROY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–6198.  CALETTA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–6294.  POREE v. CHRANS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 85–6343.  TURNER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6355.  KRZYZAK v. UNITED STATES POSTAL SERVICE. C. A. 2d Cir.  Certiorari denied.

No. 85–6362.  WILKINS v. LYLES, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6363.  LINDSEY v. PENNSYLVANIA.  C. A. 3d Cir. Certiorari denied.

No. 85–6375.  KNIES v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.